# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DOUG BURCHFIELD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action File No. |
| | : | 1:07-CV-1263 (TWT) |
| CSX TRANSPORTATION, INC., | : | |
| THE ANDERSONS, INC., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| | : | |
| THE ANDERSONS, INC., | : | |
| | : | |
| Defendant/Third-party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STAR OF THE WEST MILLING | : | |
| COMPANY, | : | |
| | : | |
| Third-party Defendant. | : | |

## DEFENDANT CSX TRANSPORTATION INC.'S
## NOTICE OF DEFENSE OF FAULT OF NON-PARTY

COMES NOW CSX Transportation, Inc. "CSXT"), Defendant herein, and pursuant to O.C.G.A. § 51-12-33(d), hereby gives notice of its intent to assert at the trial of the above-captioned matter that a non-party is wholly or partially at fault in

leading to the injuries claimed by Plaintiff. As part of its Notice, CSXT shows the Court the following:

1.

The non-party believed to be at fault is General Mills Inc., which operates a cereal processing plant at 15200 Industrial Park Blvd. NE, Covington, GA 30014.

2.

Defendant CSXT believes that non-party General Mills Inc. is at fault because evidence disclosed in discovery shows that General Mills Inc. likely breached its duty of due care in the training and supervision of its employees, including Plaintiff and his co-workers, which caused or contributed to cause the accident at issue in this litigation. For this reason, CSXT is notifying the Court and all parties as required by O.C.G.A. § 51-12-33(d) that it believes a non-party is partly or entirely at fault in causing the accident at issue.

3.

This Notice is served more than 120 days prior to any anticipated date for trial, as required by the statute.

Respectfully submitted, this 22nd day of October, 2008.

                                                 **CASEY GILSON P.C**.

                                                 /s/  Joyce Gist Lewis
                                               **ROBERT E. CASEY, JR.**
                                               Georgia Bar No. 115605
                                               **JOYCE GIST LEWIS**

Six Concourse Parkway, Suite 2200   Georgia Bar No. 296261
Atlanta, Georgia 30328                     Attorneys for Defendant
Tel. (770) 512-0300                         CSX Transportation, Inc.
Fax (770) 512-0070
rcasey@caseygilson.com
jlewis@caseygilson.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DOUG BURCHFIELD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action File No. |
| : | 1:07-CV-1263 (TWT) |
| CSX TRANSPORTATION, INC., : | |
| THE ANDERSONS, INC., : | |
| : | |
| Defendants; and : | |
| : | |
| THE ANDERSONS, INC., : | |
| : | |
| Defendant/Third-party Plaintiff,: | |
| : | |
| v. : | |
| : | |
| STAR OF THE WEST MILLING : | |
| COMPANY, : | |
| : | |
| Third-party Defendant. : | |
| _____ : | |

## CERTIFICATE OF SERVICE

This is to certify that on October 22, 2008, the undersigned counsel electronically filed the foregoing **DEFENDANT CSX TRANSPORTATION INC.'S NOTICE OF DEFENSE OF FAULT OF NON-PARTY** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Michael J. Warshauer, Esq.<br>Douglas C. Dumont, Esq.<br>Warshauer, Poe & Thornton, P.C.<br>3350 Riverwood Parkway<br>Suite 2000<br>Atlanta, Georgia 30339<br>mjw@warpoe.com<br>dcd@warpoe.com | Earl W. Gunn, Esq.<br>Lindsay Gatling, Esq.<br>Weinberg, Wheeler, Hudgins, Gunn<br>& Dial LLC<br>950 E. Paces Ferry Road, Suite 3000<br>Atlanta, GA 30326<br>bgunn@wwhgd.com<br>lgatling@wwhgd.com |

J. Arthur Mozley, Esq.
Sirce Elliott, Esq.
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, GA 30342
amozley@mfllaw.com
selliott@mfllaw.com

This 22nd day of October, 2008.

**CASEY GILSON P.C.**

/ s / Joyce Gist Lewis

Six Concourse Parkway, Suite 2200   **JOYCE GIST LEWIS**
Atlanta, GA  30328                  Georgia Bar No. 296261
Telephone:  770/512-0300
Telecopier:  770/512-0070
jlewis@caseygilson.com