# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DOUG BURCHFIELD, | |
| Plaintiff, | |
| v. | Civil Action File No. 1:07-CV-1263 (TWT) |
| CSX TRANSPORTATION, INC., THE ANDERSONS, INC., | |
| Defendants; and | |
| THE ANDERSONS, INC., | |
| Defendant/Third-party Plaintiff, | |
| v. | |
| STAR OF THE WEST MILLING COMPANY, | |
| Third-party Defendant. | |

## **ORDER**

Defendant CSX Transportation, Inc. ("CSXT") moved to alter or amend the Court's Order [313] to address a provision of the Order which could be read to imply that this Court dismissed Defendant The Andersons, Inc. based upon a consideration of the merits with regard to liability [336]. Plaintiff, who proposed the text of the subject Order, responded to oppose CSXT's Motion [339]. Having considered the

parties' respective briefs and the record in this case, and it being clear that the Court did not undertake a determination with regard to the liability of any party in ruling upon a Motion to Dismiss [310] pursuant to Federal Rule of Civil Procedure 41, it is hereby:

ORDERED that CSXT's Motion to Alter or Amend [336] is GRANTED.

It is further ORDERED that Defendant The Andersons, which has settled its claims with Plaintiff, is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41.  This Court's Order [313] is hereby VACATED.

**SO ORDERED,** this 8th  day of December, 2008.

/s/Thomas W. Thrash
**Thomas W. Thrash, Jr., Judge**
**United States District Court**

Prepared by:

Joyce Gist Lewis
Georgia Bar No. 296261
Casey Gilson P.C.
Six Concourse Parkway, Suite 2200
Atlanta, GA 30328
(770) 512-0300
Fax (770) 512-0070
Attorney for CSX Transportation, Inc.