IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUG BURCHFIELD, | ) |
| Plaintiff, | ) |
| v. | ) |
| CSX TRANSPORTATION, INC. and THE ANDERSONS, INC., | ) CIVIL ACTION<br>) FILE NO. 1:07-CV-1263-TWT |
| Defendants. | ) |
| _____ | ) |
| THE ANDERSONS, INC., | ) |
| Defendant/Third-party Plaintiff, | ) |
| v. | ) |
| STAR OF THE WEST MILLING COMPANY, | ) |
| Third-party Defendant. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Doug Burchfield, Defendant CSX Transportation, Inc., Defendant/Third-Party Plaintiff The Andersons, Inc. and Third-Party Defendant Star of the West Milling Company hereby stipulate to the dismissal of the third-party complaint by The Andersons, Inc. against Star of the West Milling Company in the above-captioned matter, with prejudice.

This 26th day of June, 2009.

<div style="column: left">

*/s/ Douglas C. Dumont (w/ express permission)*
Michael J. Warshauer, Esq
Georgia Bar Number 018720
Douglas C. Dumont, Esq.
Warshauer, Poe & Thorton, PC
Georgia Bar Number 232680
3350 Riverwood Parkway
Suite 2000
Atlanta, Georgia 30339
Telephone: (404)892-4900
*Counsel for Plaintiff*

*/s/ Lindsay M. Gatling (w/ express permission)*
Earl W. Gunn, Esq.
Georgia Bar Number 315262
Lindsay M. Gatling, Esq.
Georgia Bar Number 140970
Weinberg Wheeler Hudgins Gunn & Dial, LLC
950 East Paces Ferry Rd.
Suite 3000
Atlanta, GA 30326
Telephone: (404)876-2700
*Counsel for Defendant/Third-Party Plaintiff The Andersons, Inc.*

</div>

*/s/ Joyce G. Lewis (w/ express permission)*
Robert E. Casey, Jr., Esq.
Georgia Bar Number 115605
Joyce G. Lewis, Esq.
Georgia Bar Number 296261
Casey Gilson, PC
Six Concourse Parkway, Suite 2200
Atlanta, GA 30328
Telephone: (770)512-0300
*Counsel for Defendant CSX Transportation, Inc.*

*/s/ Kristen M. Kelly*
J. Arthur Mozley Esq.
Georgia Bar Number 527700
Kristen M. Kelly, Esq.
Georgia Bar Number 595011
Mozley, Finlayson & Loggins, LLPO
5605 Glenridge Drive, Suite 900
Atlanta, GA 30342
Telephone: (404)256-0700
*Counsel for Third-Party Defendant Star of the West Milling Company*