IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DOUG BURCHFIELD,

   Plaintiff,

v.

CSX TRANSPORTATION, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-1263-TWT

FILED IN OPEN COURT
U.S.D.C. Atlanta
OCT 15 2009
JAMES N. HATTEN, Clerk
/s/ *Deputy Clerk*

## VERDICT

_____   We the jury find in favor of the Plaintiff and award the sum of

$_____ as compensatory damages.

**Interrogatory No. 1**

Was the negligence of the Plaintiff a contributing cause of his injury?

_____   Yes
_____   No

**Interrogatory No. 2**

We find that the Plaintiff was _____% negligent as compared to the _____% negligence of the Defendant.

**OR**

[X]   We the jury find in favor of the Defendant.

This 15th day of October, 2009.

                                    */s/ Jeanette French*
                                    FOREPERSON

T:\CIVIL\Burchfield v. CSX\verdict.wpd