UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DOUG BURCHFIELD,

    Plaintiff,

v.

CSX TRANSPORTATION, INC., and
THE ANDERSONS, INC.

    Defendants.

CIVIL ACTION
FILE NO.: 1:07-CV-1263 TWT

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Doug Burchfield, Plaintiff in the above named action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered in this action on the 15th day of October, 2009.

This 22nd day of October 2009.

    WARSHAUER POE, P.C.

    By: /s/ Michael J. Warshauer
    Michael J. Warshauer
    Georgia Bar No. 018720
    Douglas C. Dumont
    Georgia Bar No. 232680

mjw@warpoe.com
dcd@warpoe.com
Suite 2000
3350 Riverwood Parkway
Atlanta, GA 30339
(404) 892-4900 (phone)
(404) 892-1020 (fax)
Counsel for Plaintiff

IN THE UNITED STATES DISTRCIT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS BURCHFIELD<br><br>    Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO.:  1:07-CV-1263TWT |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record for this case.

                                                        **WARSHAUER POE, P.C.**

                                                        /s/ Michael J. Warshauer

| | |
|---|---|
| Suite 2000<br>3350 Riverwood Parkway<br>Atlanta, Georgia 30339<br>404-892-4900<br>404-892-1020 – Fax<br>mjw@warpoe.com<br>dcd@warpoe.com | Michael J. Warshauer<br>Georgia Bar No.: 018720<br>Douglas C. Dumont<br>Georgia Bar No.:  232680<br>Attorney for Douglas Burchfield |

3

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1C (Book Antiqua, 13 pt.) for documents prepared by computer.

This 22nd day of October, 2009.

/s/  Michael J. Warshauer