IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**FILED IN OPEN COURT**
U.S.D.C. Atlanta

**APR 19 2012**

JAMES N. HATTEN, Clerk
By: /s/ Sewell Deputy Clerk

DOUG BURCHFIELD,

Plaintiff,

v.

CSX TRANSPORTATION, INC.,

Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-1263-TWT

## VERDICT

__✓__   We the jury find in favor of the Plaintiff and award the sum of

$ __20,559,004.00__ as compensatory damages.

**Interrogatory No. 1**

Was the negligence of the Plaintiff a contributing cause of his injury?

```
_____  Yes
   ✓      No
```

**Interrogatory No. 2**

We find that the Plaintiff was __0__ % negligent as compared to the

__100__ % negligence of the Defendant.

### OR

_____ We the jury find in favor of the Defendant.

T:\CIVIL\Burchfield v. CSX\verdict.wpd

This __19__ day of April, 2012.

                                                                                         *[signature]*

                                                                       **FOREPERSON**    Michael Poston